LINDA A. TOMASIELLO *v.* FRANCIS P. TOMASIELLO
(13243)

DUPONT, C. J., and HEIMAN and SCHALLER, Js.

Argued May 2—decision released May 30, 1995

*Alan Solomon,* with whom, on the brief, was *James M. S. Ullman,* for the appellant (defendant).

*Shirley V. Hoogstra,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.